IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 7 |
| | : | |
| PURE WEIGHT LOSS, INC. | : | BANKRUPTCY NO. 08-10315(JKF) |
| f/k/a L.A. Weight Loss Centers, Inc. | : | |
| | : | |
| Debtor | : | |
| | : | |

**ORDER**

On this 27th day of April, 2016 upon consideration of the Trustee's Objection to Proof of Claim No. 1071-1 filed by Dawn M. Morgan, **IT IS HEREBY**

**ORDERED** that Proof of Claim No. 1071-1 is **DISALLOWED** in its entirety.

BY THE COURT:

Honorable Jean K. FitzSimon,
United States Bankruptcy Judge