UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

PURE WEIGHT LOSS, INC.

Debtor(s)

Chapter 7

Bankruptcy No. 08-10315-JKF

ORDER OF DISTRIBUTION

AND NOW, this  26th  day of  June  20 19 , the Trustee, BONNIE B. FINKEL, is hereby ordered and directed to (i) distribute to the parties in interest listed in the Trustee's Proposed Distribution, estate monies in the amounts indicated in such Distribution, within twenty (20) days after the appeal period for this order expires due to the large number of claims, and (ii) transmit to the United States Trustee, within one hundred twenty-five (125) days after the appeal period for this order expires, statements for all estate deposit or investment accounts indicating zero balances and all canceled checks corresponding to disbursements of estate funds as shown in the Trustee's Final Report and Account.

*Jean K. Fitzsimon*

JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE

DATED: 6/26/19