THIS 2560809131pd90008j10315
BARRY D. KLEBAN
Suite 1500 Suburban Station Building
1617 John F. Kennedy Blvd.
Philadelphia, PA  19103

013756  13756 1 AB 0.409  15044  8 0  8823-1-15023

Lorraine A. Brown
~~3088 Camberly Dr.~~
~~Gibsonia, PA 15044-8469~~

5130 Polo Fields Drive
Gibsonia PA
15044

PLEASe cORRECT ADDReSS

Thank you

Lorraine Brown

# ATTENTION: ADDRESS CORRECTION REQUESTED

If you are receiving this notice, U.S. Postal Service records indicate that the address that the *debtor* listed
is subject to a forwarding order.  Forwarding orders are only good for a limited time.

| IF YOU ARE THE INTENDED NOTICE RECIPIENT, | IF YOU ARE THE DEBTOR/DEBTOR'S COUNSEL |
|---|---|
| Update your address immediately with the Bankruptcy Court identified on the notice pursuant to the Court's local procedures. | 1. Find an updated address and send the attached document to that address. <br> 2. Update the address with the Bankruptcy Court pursuant to the Court's local procedures. |

Sent CORRECTION TO ALL
ThRee ADDRESSes oN FORm

WAS NOT SuRe Which oNe TO
USe



FILED

JUN 2 7 2019

TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK

013756      25608013769012

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re: PURE WEIGHT LOSS, INC.               §        Case No. 08-10315 JKF
     LA WEIGHT LOSS CENTERS, INC.     §
                                                        §
                                                        §

           Debtor(s)

---

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>Bonnie B. Finkel</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

A copy of the Trustee's Notice of Final Report, which will include a list of proposed payments to creditors, may also be found at the case information website which is: Pureweightlossbankruptcy.net

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 06/26/2019 in Courtroom 3, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>05/30/2019</u>                          By:  /s/ Bonnie Finkel _____

                                                            Chapter 7 Trustee

Bonnie B. Finkel
PO Box 1710
Cherry Hill, NJ 08034

Note: if you have a question, please view the above referenced website or send an email to the Trustee at Pureweightlossbankruptcy@comcast.net.

**UST Form 101-7-NFR (10/1/2010)**

```
PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18
```

**FIRST-CLASS MAIL**

**OFFICIAL BUSINESS**
UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE, $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

```
                    152 NFE 12609181000 6/07/19
NOTIFY SENDER OF NEW ADDRESS
BROWN
5130 POLO FIELDS DR
GIBSONIA PA 15044-7604

BC: 15044760430     *4243-00162-07-23
```

15044>7604